**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 335 MAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| LEO ALFRED GLODZIK, III, | : |
| | : |
| Petitioner | : |


## ORDER


**PER CURIAM**

    **AND NOW**, this 31st day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.